| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |

Abdurazaq Abdurahman Musa
        Plaintiff,

v.

RentGrow, Inc., et al
        Defendant,

Court File Number
0:24-cv-00292-DWF-ECW

**AFFIDAVIT OF SERVICE**

State of Massachusetts } SS
County of Suffolk }

I, __Cynthia Paris__, state that on
   (Name of Server)

__02__ / __16__ /2024 at __12__ : __25__ __P__ M, I served the:
(Date of Service)    (Time of Service)

  Summons, Complaint and Civil Cover Sheet

upon: RentGrow, Inc.

therein named, personally at:  Corporation Service Compay
                                6th Floor
                                84 State Street
                                Boston, MA 02109

by handing to and leaving with:

__Jim Divincezo__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Compay, the Registered Agent for RentGrow, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __02__ / __16__ /2024      _(signature)_
                                       (Signature of Server)

                                          Cynthia Paris
                                       (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # BERMO 295327 1223

Re: 22292



616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com