AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24-cv-00292-DWF-ECW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cleara, LLC c/o Registered Agents, Inc. was received by me on *(date)* 3.5.24 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carol Corbin, Registered Agents, Inc. who is designated by law to accept service of process on behalf of *(name of organization)* Cleara, LLC c/o Registered Agents, Inc. on *(date)* 3.5.24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: 3.8.24

_____
Server's signature

Dana L. Shoemaker, Process Server
Printed name and title

561 Taylor Street
Philipsburg, PA 16866
Server's address

Additional information regarding attempted service, etc: